UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL B. MCPHERSON,

Petitioner,

v.

ARTHUR GUILLEN,

Respondent.

1:26-cv-09319-HBK (HC)

ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION

Petitioner, proceeding pro, seeks a writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). The Petition challenges petitioner's 2019 sentence and conviction in the Superior Court of San Joaquin County. (*Id*. at 2). San Joaquin County lies within the Sacramento Division of the United States District Court for the Eastern District of California. 28 U.S.C. § 84(b); E.D. Cal. L.R. 120(d).

Under 28 U.S.C. § 2241(d), jurisdiction is proper in either the district of conviction or the district of confinement. 28 U.S.C. § 2241(d). A court may transfer a civil action to another district or division where it could have been brought "[f]or the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). Federal courts in California generally hear § 2254 habeas petitions in the district of conviction. *Favor v. California*, No. 1:16-cv-01912-DAD-EPG, 2017 WL 2671006, at *1 (E.D. Cal. June 21, 2017) (*citing Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968)).

Because petitioner challenges a conviction and sentence entered in San Joaquin County, the Court finds that transfer to the Sacramento Division serves the interests of justice. 28 U.S.C. §§ 1404(a), 2241(d); E.D. Cal. L. R. 120(f).

Accordingly, IT IS ORDERED that:

1. The Clerk of Court shall transfer this action to the Sacramento Division of the United States District Court for the Eastern District of California.

2. All future filings shall bear the newly assigned Sacramento case number and shall be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

DONE AND ORDERED:

Dated: November 12, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE